

**ROBERT A. GORDON**
**U.S. BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| IN RE:<br>STEPHEN DECOURCEY MARSHALL<br>    Debtor | BCN#: 18-25038<br><br>Chapter: 7 |

NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
and its assignees and/or
successors in interest,
    Movant/Secured Creditor,
v.
STEPHEN DECOURCEY MARSHALL
    Debtor
and
MARK J FRIEDMAN
    Trustee
    Respondents

ORDER LIFTING
AUTOMATIC STAY

THE COURT having considered the Motion of Nationstar Mortgage LLC d/b/a Mr. Cooper for Relief from the Automatic Stay of 11 U.S.C. § 362 (a), the lack of opposition thereto and the record herein;

IT IS ORDERED, that the automatic stay imposed by 11 U.S.C. §362(a) be lifted, as to Nationstar Mortgage LLC d/b/a Mr. Cooper, holder of a certain promissory note evidencing an indebtedness established by the lien of a Deed of Trust, so as to enable it to exercise its rights under state law as to a property with the address of 4425 Old York

S&B# 18-278733

Road, Baltimore, MD 21212, and recorded among the Land Records of the City of Baltimore, Maryland in Book 16948 at Page 476.  Subsequent to such sale, the Movant may take all lawful actions in accordance with state law, to take possession of the property, and shall provide a copy of the Report of Sale and all Audit Reports to the Bankruptcy Trustee if there is a surplus over and above the debt owed to the foreclosing noteholder.

I ask for this:

/s/ Malcolm B. Savage, III
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Kristine D. Brown, Esquire
Federal I.D. Bar No. 14961
Thomas J. Gartner, Esquire
Federal I.D. Bar No. 18808
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
Renee Dyson, Esquire
Federal I.D. Bar No. 15955
Malcolm B. Savage, III, Esquire
Federal I.D. Bar No. 20300
Nicole Lipinski, Esquire
Federal I.D. Bar No. 19283

S&B# 18-278733

Copies are to be sent to:

1. SHAPIRO & BROWN, LLP
   10021 BALLS FORD ROAD, SUITE 200
   MANASSAS, VA 20109

2. Stephen Decourcey Marshall
   9120 Georgia Belle Drive                   Debtor(s)
   Perry Hall, MD 21128

3. MARK J FRIEDMAN
   DLA PIPER LLP(US)
   THE MARBURY BUILDING
   6225 SMITH AVENUE
   BALTIMORE, MD 21209                        Trustee

4. JACK I HYATT
   1866 AUTUMN FROST LANE                     Debtor's
   BALTIMORE, MD 21209-1131                   Attorney

**END OF ORDER**

S&B# 18-278733